DATE : FEB. 12, 2017 *

2007021214.00 C
(20070311200u)1/2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JURY ACTION

ANTOINE GONIS,

17695 INDUSTRIAL FARM ROAD

BAKERSFIELD, CA 93308 - 9563

# 1704049,

PLAINTIFF,

Case: 1:07-cv-00830
Assigned To : Unassigned
Assign. Date : 5/4/2007
Description: Pro Se Gen. Civil

**FILED**

MAY - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VS.

U.S. DEPARTMENT OF JUSTICE;

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL;

U.S. EXECUTIVE OFFICE FOR IMMIGRATION REVIEW;

U.S. BOARD OF IMMIGRATION APPEALS; ALL BIA'S JUDGES

U.S. OFFICE OF THE IMMIGRATION JUDGE;

ANTHONY S. MURRY, IMMIGRATION JUDGE;

MICHAEL J. YAMAGUCHI, IMMIGRATION JUDGE;

DEFENDANTS.

# COMPLAINT

JURY TRIAL REQUEST          MONEY DAMAGES

□ JURISDICTION: ALIEN INTOLERED TORTURE VICTIM

PROTECTION ACT, BIVENS, FTCA, CHILD SUPPORT

RECOVERY ACT, DETAINEE TREATMENT ACT,

200702121400C    2/2
(200703112000)

□ FACT: CONTINUING WANTON INFLICTION OF
        . PAIN AND SUFFERING
        . EMOTIONAL, MATERIAL AND INTELLECTUAL LOSSES.

□ BY  : CONTINUING EGREGIOUS, OUTRAGEOUS, AFFIRMA-
        TIVE GOVERNMENT MISCONDUCT (FRAUD, MISRE-
        PRESENTATION, ENTRAPMENT, FALSE STATEMENT,
        OBSTRUCTION OF JUSTICE)

□ RELIEFS REQUESTS:

        □ EMERGENCY ORDER TO CEASE AND DESIST
          VIOLATING PLAINTIFF'S LEGAL AND CONSTITU-
          TIONAL RIGHTS.

        □ EMERGENCY ORDER OF PROTECTION OF THE
          PLAINTIFF AGAINST THE DEFENDANTS RETALIA-
          TORY ACTION PENDING JURY TRIAL.

        □ MONEY DAMAGES

        □ EMERGENCY DISQUALIFICATION, RECUSAL
          AND DISBARMENT OF THESE INDIVIDUAL
          DEFENDANTS.

                DR. ANTOINE GOMIS, PRO SE

ADDENDUM: - COMPLAINT
          - FACTUAL EXCERPT
          - CONSENT FOR FEE AND COST COLLECTION
          - APPLICATION FOR IFP
          - FINANCIAL RECORD +ADDENDUM
          - CHILD SUPPORT STATEMENT
          - LETTER FROM UCSF
          - AIRLINE INFO
          - DAUGHTER EMAIL, UCSF
          - DAUGHTER FEE FILE AT STANFORD
          - EARL FCT + RESUME
     NB/, REVISED FROM 200702121400

FACTUAL EXCERPTS

(TO BE COMPLETED UPON THE FILING OF THE COMPLAINT BY PLAINTIFF)

# STATEMENT ᵒ FACTS

The contentions of the U.S. Government follow:

(1) The petitioner is an "arriving" "alien" upon flying from France to San Francisco International Airport, a "Visa Waiver Program" (hereafter "VWP") applicant, who has voluntarily accepted to withdraw his admission application to depart immediately on **May 24, 2005** by a return flight from San Francisco to Paris;

(2) This petitioner is finally subject to "asylum-only-proceeding" and "mandatory" "detention" without bond upon "application to Asylum, Withholding of removal, Convention Against Torture…" on the same day **May 24, 2005**;

(3) The petitioner is under **mandatory executive detention since May 24, 2005**;

The Petitioner is challenging inter alia several government factual and legal contentions.

In particular he emphasizes that :

- The government in 2004 and 2005 has never met its burden of proving that the petitioner is not a U.S. citizen;

- He was not an "arriving alien" because he was unlawfully 2004 "deported" from the U.S. upon pretextual 2004 "illegal removal order and execution".

This is an informal brief.

- He is not to be subject to "detention", "mandatory detention" and "continued mandatory detention" and detention in a "**criminal institution**": he is contesting the VERY basis, the VERY conditions and the VERY duration of his detention.
- He is not subject to "exclusion" or "deportation".
- He challenges the validity of any current and former order of "deportation" and "inadmissibility".

The Petitioner has been unlawfully and with prejudice under :
- U.S. Government "**constructive**" restraint in **France from September 1998 to June 2002**. His admission into the U.S. in September has been transformed into "parole", his **indefinite validity visa** was **illegally "revoked" and physically "removed"** from his passport by **Immigration Inspector R II Flynn** and his then Supervisor, and finally into alleged "withdrawal of admission application" and false "voluntary departure" from San Francisco to France, after several denials of petitioner's request to be presented before Court! Torture!
- U.S. Government "**constructive**" custody in the **U.S. from June 2002 to June 2003** after an "alleged" legal admission under the "Visa Waiver Program" ("VWP").
- U.S. Government "**physical**" kidnapping in the **U.S. from June 2003 to July 2004** under **false and egregious pretext** that is ab initio, per se and automatically statutory and constitutionally **ultra vires.**
  A 2004 attempted charge of "Aggravated Felony" against the petitioner failed. Another false charge of " **visa overstay** " was considered by the service.

  NB " **we will not release you, we will deport you. If we cannot deport you and we are obligated to release you, before your release, we will make sure you are charged with several felonies, so you will never be able to work in this country !** " said Deportation Officer Mark Moser in San Francisco in 2004.

  He has been beatened to death by inter alia agents from ICE/DHS in Bakersfield , was told " ...mother fucker, go back to your fucking French Country and tell them how horrible we Americans are..." and also in San Francisco...on or about

07 0830

FILED

MAY - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2004, he was denied phone contact with Attorney and with the French General Consulate. He was "sedated"and flown to France despite his known high blood pressure and cardiac conditions developed by his inter alia DHS detention. He was knowingly medically unfit to fly!He woke up at the French airport police station in Paris…leaving behind in the U.S. his three minor U.S. citizen daughters.

- U.S. Government **"constructive"** restraint in **France from July 2004 to May 2005.** Torture!
- U.S. Government **"physical"** custody in the **U.S. from May 2005 to present** … to be subject to …**indefinite detention** or **mandatory definitive "rendition"** outside the U.S.!

NB On May 2005, **the same Immigration Inspector R II Flynn** -as in 1998- wanted to send back the Petitioner to France by return flight on **alleged "withdrawal of admission application"** and alleged petitioner's **"voluntary departure"**!

During all these periods of **"constructive"** **"renditions"** in France and **"physical"** **"restraints"** in the U.S., the petitioner was deprived of the presence of his three minor daughters.

● **LEGAL BACKGROUND**   + ADDITIONAL FACTS

Since at least 2004, the petitioner has challenged the Service to meet its burden of proving that he is not a U.S. citizen. See 8 C.F.R 240.24(a) (2001) [ holding the INS had the burden of proving alienage by "clear, convincing, and unequivocal evidence"; Woodby v. INS, 385 U.S. 276, 281, 17 L.Ed. 2d 362, 87 S.Ct. 483 (1966); Murphy v. INS, 54 F.3d 605, 608 (9th Cir. 1995). He requested a judicial forum to adjudicate this matter without success.

Let us assume, arguendo, he is not a U.S. Citizen.

The Due Process Clause of the Fifth Amendment protects any person against government initiated deprivation of his liberty without due process. "Freedom from imprisonment-from government custody, detention, or other forms of physical restraint lies at the heart of the liberty that Due process

*1984); Matter of Garcia-Flores, 17 I&N Dec. 325, 328 (BIA 1980);*

(2) Violations of other Service regulations. See *Waldon v. INS, 994 F.2d 71, 77 (2d Cir. 1993); Montilla v. INS, 926 F.2d 162, 169 (2d Cir. 1991);*

(3) Violations of statutory provisions under the Immigration and Nationality Act, and the United States Code, Title 8. *See INA section 291 [ 8 USC section 1361 (1998)]* [ requires the government to prove alienage of a respondent before the respondent assumes any burden of presenting evidence...];

(4) Violation of the U.S Constitution, such as the Service denegation of the petitioner's and his family's Fourth Amendment: unlawful 2004 -"Search and Seizure" of the petitioner's alleged passport and other personal documents to be certainly "tainted" and "tampered" to help the government to build a case against the petitioner!

(5) Violation of the petitioner's 8th Amendment protection against cruel and unusual punishment by being subjected to 2004 Wanton action of ICE agents (bloody batteries, terroristic threats for inter alia refusing -while handcuffed at his back- to have his fingers printed on blank papers to be certainly later "cooked", petitioner's life-threatening sedation and 12 hours-flying from San Francisco to France, with High blood pressure and cardiopathic pre-conditions!...). See several referenced articles in the scientific magazine Nature on the correlation between these two parameters, the flight confinement conditions and the death risk)!;

(6) Other U.S constitutional and legal violations, such as the article 36 of the International Vienna Convention.

Therefore there is a high probability of petitioner 's success on the merits.

Antoine Gomis

UCSF

San Francisco, CA 94143
415/476-1000

The Medical Center at the University of California, San Francisco

Herbert C. Moffitt Hospital
Joseph M. Long Hospital
UCSF Children's Medical Center
Langley Porter Psychiatric Hospital
Ambulatory Care Center
Herbst Emergency Service

To Whom It May Concern,

C███ Gomis, ████████, was admitted to our hospital for workup of a newly diagnosed tumor involving her tailbone. She is scheduled to have a biopsy of this mass on May 23, 2005.

Her father would understandably like to come to the United States immediately to participate in his daughter's care. ( Antoine Gomis )

Thank you in advance for your help.

Sincerely,

Mignon Loh, MD
Assistant Professor of Hematology-Oncology
University of California, San Francisco
505 Parnassus Ave
San Francisco, CA 94143



**BRITISH AIRWAYS**

NAME OF PASSENGER
GOMIS/ANTOINE DR
EURQ. TRAVELLER
FROM  PARIS        CDG
°   LONDON       LHR

FLIGHT/CLASS  CLASS/DATE  TIME
BA 303  M 24MAY 0740

GATE CLOSES  SEAT  SMOKE
B   0725      18A     XX

PCS. CK. WT. UNCK. WT.  SEQ.
0    0   8  812

PASSENGER TICKET AND BAGGAGE CHECK

$$ ETKT NO COUPON

**BRITISH AIRWAYS**

NAME OF PASSENGER
GOMIS/ANTOINE DR )
WORLD TRAVELLER
FROM LONDON       LHR
TO  SAN FRANCISC  SFO

FLIGHT/CLASS  CLASS/DATE  TIME
BA 285  M 24MAY 1050

GATE CLOSES  SEAT  SMOKE
50  1030    29C     XX

PCS. CK. WT. UNCK. WT.  SEQ.
0    0   8  878

PASSENGER TICKET AND BAGGAGE CHECK

$$ ETKT NO COUPON



**UCSF Children's Hospital**
*at UCSF Medical Center*

Department of Pediatrics
Children's Cancer
and Blood Diseases Program
505 Parnassus Avenue
Room M649
San Francisco, CA 94143-0106

Pediatric Oncology Office
tel: 415/476-3831
fax: 415/502-4372

Pediatric Hematology Office
tel: 415/476-4901
fax: 415/476-3301

www.ucsfhealth.org/childrens
University of California,
San Francisco

Katherine Matthay, MD
Interim Division Chief
Pediatric Hematology/Oncology
Director, Pediatric Oncology
matthayk@peds.ucsf.edu

Marion Koerper, MD
Director, Pediatric Hematology
mkoerper@peds.ucsf.edu

Arthur Ablin, MD
aablin@itsa.ucsf.edu

Anuradha Banerjee, MD
Pediatric Neuro-Oncology
anu@itsa.ucsf.edu

Ben Braun, MD
cbraun@itsa.ucsf.edu

Robert Goldsby, MD
goldsbyr@peds.ucsf.edu

Michelle Hermiston, MD, PhD
hermist@itsa.ucsf.edu

Mignon Loh, MD
lohm@itsa.ucsf.edu

William Mentzer, MD
wmentzer@sighpeds.ucsf.edu

Elizabeth Robbins, MD
robbins@itsa.ucsf.edu

Kevin Shannon, MD
kshannon@cgl.ucsf.edu

Seymour Zoger, MD
zophe02@itsa.ucsf.edu

June 8th 2005

Dear Officer Brian Muirhead:

I understand that the father of Ca████ Gomis is being detained by immigration. His daughter is being treated at UCSF for a serious medical problem. Please allow him the opportunity to be with his daughter during this very difficult period in her life.

Ca████ is an 11-year-old girl with a three-month history of back pain and a palpable mass at the base of her spine. She was evaluated by a local surgeon and had an incision and drainage on 05/12/05 without relief. She had a follow-up CT scan that demonstrated a 10 centimeter sacral mass. Her care was transferred to UCSF on 5/20/2005. A biopsy was done at UCSF on 5/23/2005. The final pathology is still pending, but preliminary analysis suggests that this is an aggressive tumor and will require significant therapy. She will likely need a surgical resection, which will be very challenging based on the location of the tumor. She may also need chemotherapy treatments and/or radiation treatments depending on the final pathology results.

Any help you can provide Ca████ and her family during this very difficult situation would be greatly appreciated. We certainly appreciate your attention in this matter. If you have other questions, please do not hesitate to call me.

Sincerely,

Robert Goldsby, M.D.
Pediatric Oncology
University of California San Francisco
415-476-3831

MRN: Visit: DocType:

LABORATORY OF SURGICAL PATHOLOGY
STANFORD HOSPITAL & CLINICS
ROOM H-2110, STANFORD, CALIFORNIA 94305
TEL # (650) 723-7211 FAX # (650) 725-7409

M.R. Hendrickson, M.D., R.L. Kempson, M.D., R.K. Sibley, M.D.
Co-Directors, Surgical Pathology, Dept. of Pathology

Patient: GOMIS, C█████████          Pathology No. ████████████
MRN: ████████████                   Account: ████████████9

S-100 immunoreactivity in these specimens and in this patient's
prior biopsy in terms of rendering the diagnosis of chordoma.
However, in Coffin's series, only 50% of the atypical/sarcomatous
chordomas demonstrated evidence of S-100 immunoreactivity.

DIAGNOSIS:
TUMOR, SACRAL, EXCISIONAL BIOPSY
⟹  -- ANAPLASTIC CHORDOMA (SEE COMMENT)
TUMOR, SACRAL, ADDITIONAL, BIOPSY
   -- ANAPLASTIC CHORDOMA (SEE COMMENT)
SOFT TISSUE, COCCYX AND SACRUM, RESECTION
   -- ;ANAPLASTIC CHORDOMA (SEE COMMENT)
SKIN, COCCYX AND SACRUM, EXCISION
   -- ANAPLASTIC CHORDOMA (SEE COMMENT)

HADDIX/HENDRICKSON/VOGEL
cb/06/22/2005; mkb/06/23/2005

I have personally reviewed the specimen
and agree with the interpretation above.
HANNES VOGEL M.D.

Electronically signed 06/30/2005 6:25PM

Page 4 of 4

IAFIS Response
Page No.: 1

FBI Number:
Name:   GOMIS, ANTOINE
TID:    ████████████2835

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

DCD██17Y                                    ICN ████████████6691

THE FOLLOWING FBI IDENTIFICATION RECORD FOR 14937CC6 IS FURNISHED FOR
OFFICIAL USE ONLY.  THIS RECORD IS BEING FURNISHED AS THE RESULT OF A
PRELIMINARY SEARCH OF THE CRIMINAL FINGERPRINT FILES AND ARE BASED ON
FINGERPRINT CHARACTERISTICS ONLY. THE FBI, CANNOT GUARANTEE THAT THIS
RECORD CONCERNS THE PERSON IN WHOM YOU ARE INTERESTED.
                    DESCRIPTORS ON FILE ARE AS FOLLOWS:
NAME GOMIS,ANTOINE

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|-----|------|-----------|--------|--------|------|------|
| MALE | BLACK | 1951/████ | 510 | 173 | BROWN | BLACK |

BIRTH CITY      BIRTH PLACE              CITIZENSHIP
████████     ████████              UNITED STATES

PATTERN CLASS
WU WU WU WU RS  LS WU WU LS LS
LS    LS    WU              WU WU

OTHER BIRTH
DATES               SCARS-MARKS-TATTOOS      SOCIAL
                                            SECURITY     MISC NUMBERS
ALIAS NAME(S)                               ████████    ████████
NONE

END OF COVER SHEET

218

1/10

tonygomis@~~~~~~~~~~
phone (US) : ~~~~~~~~~~     ~~~~~~~~~~~~~~~~~~~~~
phone(France): ~~~~~~~~~~

FLUENCY: English, French and Spanish.
RESEARCH AND BUSINESS Experience in the US,EUROPE and PACIFIC RIM (20+)

1-OBJECTIVE:
  To contribute to the betterment of Quality of Life.

2-WORK EXPERIENCE:

• Academic:

• September 2004 -May 2005:

Part-Time Professor with teaching assignment in English for Engineers, Digital Signal Processors, Microcontrollers, Mathematics (Operations Research) ,Networks dimensioning optimization, Bioinformatics,Telemedicine,Robotics,Sensors and Actuators,Nanotechnology at a french Graduate School of Engineering in Computer Sciences ,Computer Communication Networks and Telecommunications Engineering

• August 2001- May 2002:

Research interest in Computational Finance (Cognitive Economy,EconoPhysics,...), Computational Biology/Bioinformatics and Artificial Intelligence (Machine Learning , Datamining and Knowledge Discovery) (at the joint Computer Sciences Department of Paris 6 University and french Center of National Scientific Research CNRS) with Teaching assignment in Digital Signal Processing (Graduate level in Database and Artificial Intelligence), Paris 6 Univ

• September 1992- June 1994:

Professor of Neural Networks, Epita (Graduate School of Computer Sciences and Advanced technologies Engineering ), Paris

• September 1987-September 1993:

Professor of Neural Networks, Image Processing,Pattern Recognition,Fuzzy Logic,CNAM-ISERPA (Research Institute and Graduate School in Computer-Integrated-Manufacturing),Angers-France

• September 1989- June 1992:

Professor of Neural Networks,Robotics,Industrial Vision,Pattern Recognition,Image Processing, E.F.R.E.I (Graduate School of Engineering in Electronics and Computer Sciences-Now Graduate School of Engineers in Information Technologies and Business Management), Paris

2/10

Professor of Electronics and Operations Research, ESIGETEL (Graduate school of Engineering in Computer Sciences and Telecommunications),Fontainebleau-France

- September 1984-September 1987:

Electronics Laboratory Engineer and Professor of Electronics, Physics of Semiconductor and Hyperfrequency,ESIGELEC (Graduate School of Electrical Engineering),Rouen-France

- September 1982-September 1984:

Professor of Mathematics and Physics (Center for Continuing Education) ,CNAM-Ville de Paris

- September 1981-September 1982:

Associate Assistant Professor of Electronics, IUT (Technological Institute) (Department of Physical Measurements) (Paris 12 Univ.)

- Business/Industry:

- December 2002-September 2004:

Co-founder, Interim VP of Research and CEO of the startup Nanos Bios Intellectis,Inc. , US (Nanotechnology,Computational Biology,Artifial Intelligence)

- August 1998-September 2004:

Chairman Black Holes Technologies (French subsidiary of a US company)

- September 1990-July 1998:

Senior VP Research/VP of International Business Development/CEO/ Gray Matter Tech. Inc.(US, Europe and Pacific Rim)

- September 1987-July 2003:

Scientific Advisory Board Member of Emergent and Established corporations and emergent high tech companies ( North America, Pacific Rim and Europe)

- September 1988-August 1990:

Machine Vision Department Manager (Technicome-France/1987-1988) and Consultant in Machine Vision (ATMI)

3-EDUCATION :

- [ 1981-2005]:

Several top-level specialized Seminars/ Workshops in Image Processing/ Morphological Mathematics, Machine Vision, Artificial Intelligence, Computer Sciences (OS/Software/ methods and Business Administration (Leadership, Negotiating/Bargaining, Intellectual property, Licensing, Risk and Quality Management, Marketing). (USA/Europe/Pacific Rim mainly)

- June 2002-May 2003:

Workshops attendance at MSRI (Mathematical Science Research Institute, Berkeley, California) in QUANTUM COMPUTATION [August 19,2002-December 20,2002] AND COMMUTATIVE ALGEBRA [August 19,2002-May 16,2003]:
- Introduction to Quantum Computation, August 26- August 30,2002
- Introduction to Commutative Algebra, September 6- September 13,2002
- Recent progress in RANDOM MATRIX THEORY and Applications,September 23- September 27, 2002
- Semidefinite Programming, October 7,2002- October 11,2002
- Quantum Information & Cryptography, November 4,2002- November 8,2002
- Commutative Algebra: Local and Birational Theory, December 2,2002-December 6,2002
- Quantum Information Processing, December 13- December 17, 2002
- Commutative Algebra: Interactions with homological Algebra and Representation theory, February,3,2003-February,7,2003
- ...


- PhD candidate in MATHEMATICS (Image Processing, Pattern Recognition, Intelligent Systems, Optimization and Complexity reduction and conservation) (at very large and part-time)
(Paris 6 University ) (...1990-1992) *.
- postponed to be more involved in the seed funding round and the ramp-up phases of some american high tech start-up companies.

- COMPUTER-INTEGRATED-MANUFACTURING ENGINEERING  Degree (Major :Automation)
(Industrial Engineering, Robotics, Machine Vision, Project Management,...) (CNAM-ISERPA-France) (1200 hours) (1986-1987).

- PhD in BIOMEDICAL ENGINEERING
(Major:Instrumentation and Transducers/Biomechanics)
(Mathematical Modeling and Numerical Simulation, BioMechanics , Signal Processing) /University Institute of Medical Research /Physics and  Mechanics Lab (Paris 12 University ) (1981-1983). Advisor: Prof. Christian ODDOU.

- Predoctoral Diploma in Biomedical Engineering ( DEA Diplome d'Etudes Approfondies) (Major: BIOMATERIALS)
(Scientific and Polytechnical Center now Galileo Institute) (Macromolecules Research Lab) (Paris 13 University ) (1980-1981) . Advisor: Prof. Marcel Jozefowics

- Masters  in Biomedical Engineering (Applied ELECTRONICS: Electronics,

Electrotechnics, Automation,Materials Science,.. / Public Health Management, Health Economy and Law, Epidemiology) (Lyon University) (1978-1980)

• Masters in Mathematics and Fundamental Applications (partially completed) (Toulouse/ Lyon Universities)(1976-1978).

• General university studies Diploma in Mathematics ("DEUGS-MATHEMATIQUES") (Toulouse university)(1974-1976).

• Philosophy and Theology Studies (Catholic Institute▇▇▇▇▇▇▇▇)(1971-1973/1973-1974)

• Baccalaureate in Natural Sciences (Biology,Mathematics and Physics) (Canadian Sacred-Heart College)(1971)

• ...

4-SOME SCIENTIFIC PAPERS :

• Galois Lattice, Concept analysis and dynamic graph transform
T. Gomis
(To be presented at
• A fractal reduction theory of the Neural Networks Complexity.
/GOMIS A./ (Paris 6 University report)(1992).
• Imaging, Mathematics and Artificial Intelligence in Biomedicine. /A.GOMIS /Y.CHERRUAULT
Seventh International Congress of Cybernetics and Systems. London,September 7-11,1987.Pages 370-371.

Excerpts:..." The aim of this study is to propose an intelligent system for an automatic medical diagnosis from the echographic imaging."
This paper describes a prototype of a smart machine for the automatic detection, localization , identification and classification of breast cancers from echographic biomedical images .
• Modelisation du ventricule gauche compte-tenu de la structure fibreuse du myocarde.
/J.OHAYON /A.GOMIS /G.PELLE /C.ODDOU /P.BRUN .
8 eme Congres de la Societe de Biomecanique.INSA VILLEURBANNE, 7 et 8 juillet 1983.Pages 53-54.

• Approche de la mecanique ventriculaire gauche par l'Etude du comportement d un ballonnet spherique.
/T.GOMIS /C.RIBREAU /J.OHAYON J/C.ODDOU .
8 eme Congres de la Societe de Biomecanique.INSA VILLEURBANNE, 7 et 8 juillet 1983. pages 51-52

• ( Rubberlike) Spherical Shell Deformation: Modelling of the Human Left heart behaviour. (Modelling and comparison). -Ultrasonic imaging data acquisition and analysis- Doctoral Thesis/Paris 12 University/ Mechanics and Physics lab/1983 /- ▇▇▇▇▇▇▇▇▇▇▇▇▇

• Left ventricular echographic data and models in human cardiac muscle

mechanics.
/G.PELLE /P.VIGNON /T.GOMIS/P.BRUN /C.ODDOU .
Third International Conference on Mechanics in Medicine and Biology-
Compiegne,july 10-13,1982 Pages 111-112.

Excerpts:..."The complete lack of information concerning the left ventricular (LV)
pressure level and myocardial forces remains the main problem which prevents the
ultrasonic (US) techniques from taking a predominant place in cardiac investigation.
In an attempt to overcome this handicap, we ...connect the US data with
information derived from cardiac muscle models."

• Effects of electrical charges on the hemocompatible properties of a synthetic
biomaterial-Predoctoral Thesis/Paris 13 University/Macromolecules Research
Lab/1981/▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
NB: Work on the chemical synthesis of Heparin-like materials, the modification of
their in-situ electrical charges and correlation research between their electronic and
biological properties .

• Non-linear viscoelasticity of a cortical bone. A critical bibliographic compilation
report. Paris 13 University/1981

• 1983-2003: Strong focus on a general Pattern Learning and Processing Machine:
Geometrization (Shape modelling),
Optimization(Energy Minimization, Combinatorics,...),
Mapping (Associative memory, genetic linkage, inversion)
Intelligent
System.

5-PRESS RELEASES

(Related to some activities, technologies and commercial products developed under
my supervision)
NB: ( more info by typing "antoine.gomis@lip6.fr" or "transpolation" or "antoine
gomis" or " tony gomis" or "gray matter tech inc." or "[119]gomis,antoine:USA " or
"T. Gomis" as inputs to search engines such as

www.google.com
www.yahoo.com
www.altavista.com
www.alltheweb.com   )

01* Electronic Engineering Times (USA)
EET-i Top of the News
Week of JAN. 2, 1995

Please scroll down to "Tuesday, jan. 3,1995 " and keep going down to "Black holes

6/10

spawn learning device" text.

www.eetimes.com/news/95/hr830.html
R.Colin Johnson
Excerpts: "...realtime simulator,stores information in an architecture that extends
the realm of Einstein's relativity principles to recognition,simulation and prediction."

02* Electronic Engineering Times (USA)
n°33,january 9,1995
Technology pages 33-34
Black Holes spawn learning device.
R.Colin Johnson
"The black-hole phenomenon predicted by Einstein's "theory of relativity" has
provided inspiration for an entirely unexpected application outside of astronomy."
"...in recognition, simulation and prediction".
San Francisco

03* Electronic Engineering Times (USA)
April 5,1993 page 31
Technology
R.Colin Johnson
"Introduce chips,boards and software at IEEE CONFERENCE"
"Fuzzy,neural-net vendors woo OEMS"
"...offered a software simulator combining neural networks, fuzzy logic, chaos
theory and fractals."
" ...also introduced new accelerator boards for AT and VME buses using either Intel
's i860 or Motorola 's 96002.."

04* OEM Magazine (USA)
(ISSN 1071-8990)
Computer & Communications February 1995, page 59 Computing 2000 Einstein's
physics finds an application in Pattern Recognition software.
Black-Hole Magic
R.Colin Johnson
"A concept adapted from the pages of Einstein's physics is shedding some fresh light
on problems in pattern Recognition."

05* AI Expert (USA)
(ISSN 0888-3785)
(A Miller Freeman Publication)
Volume 9, Number 6
June 1994
Issue on Neural Networks
Neural Network Resource guide p.42

06* AI Expert (USA)
(ISSN 0888-3785)
(A Miller Freeman Publication )
Volume 8,Number 2
February 1993
Issue on Neural Networks
Neural Networks Resource Guide p.48

7/10

07* Electronique-International-Hebdo (France)

11 Mars 1993 N° 91
Page de couverture: Traitement d'Image: le grand chambardement.
pages 28-29: Neuronal et Fractales:feront-ils un "malheur" ?
"Doper l'approche neuronale avec des fractales..."
"..un logiciel "enfoui", simple à mettre en oeuvre, et qui prépare une carte fondee
sur un DSP, ainsi qu'un circuit entierement dedie. "

08* SYSTEMES-EXPERTS (France)
(ISSN 0988-5730)
Applications-Technologies-Acteurs
N° 71 1er Avril 1993
page 1-3...l'intelligence artificielle fait un pas en avant vers l'intelligence humaine.

09* MACHINE INTELLIGENCE NEWS (United Kingdom)
(ISSN 0267-0429)
(A JV Publication)
April 1993,Volume 9 Number 6
Frontpage: ...a neurofuzzy black-box for input- out put mapping...
page 5: " ...complexity reduction and quasi-conservation"
"...intended for applications such as data modelling, data and process forecasting,
pattern recognition and encryptography. ".

10* Applied Intelligent Systems (USA)
( New Science Associates,Inc., a Gartner Group company)

April 19, 1993
page 702:"Gray Matter Tech ..offers a product called Brain Chaos 2000

11* NIKKEI INTELLIGENT SYSTEMS (Japan)
(ISSN 0911-5560)
(A Nikkei Business Publications,Inc.)
1993 9.6 page 5-6

12* NIKKEI INTELLIGENT SYSTEMS (Japan)
(ISSN 0911-5560)
(A Nikkei Business Publications,Inc.)

1992 11.2 page 6-7

13* NIKKEI INTELLIGENT SYSTEMS (Japan)
(ISSN 0911-5560)
(A Nikkei Business Publications,Inc.)

1992 5.4 page 3

14* NIKKEI ARTIFICIAL INTELLIGENCE (Japan)
(ISSN 0911-5560)
(A Nikkei Business Publications,Inc.)

1992 1.13 page 4-5

8/10

15* INTELLIGENCE (USA)
june 1992
...will bring two products to its IJCNN- Baltimore
exhibit...Neuro-Fuzzy Fractal Networks..."a class of deterministic, universal
complexity simplified, data-driven, self-configured intelligent systems based on a
new fractal and chaos theory for reducing and quasi- conserving the complexity of
systems..."

16*New Science (USA)
Applied Intelligent Systems
(New Sciences Associates,Inc., a Garner Group company)
May 1993
Page 10

"New Products for Financial Applications.Black-Box Trading Systems.Company.
Chaos Tech, Inc. (A Spin-off from Gray Matter Tech.), San francisco.Product. Brain
Chaos Dollars.Description.Based on GMT's B-Cube and Chaos 2000 products. Uses
fractal geometry, neural networks and fuzzy logic. Remains a black-box until GMT's
patents are approved. Features one pass learning and no parameter setting..Cost.
$9,990 for a PC Windows platform. $27,990 for Sun workstations. Hardware
accelerator boards list from $20,999 to $36,990."

17*New Science  (USA)
Applied Intelligent Systems
(New  Sciences Associates, Inc., a Gartner Group company)
Applied Intelligent Systems
April 19, 1993

Page 697

" Companies mentioned.Cognition Technologies, Cambridge, mass..Gray matter
Tech, San Francisco.Hitachi America,Ltd., Brisbane, Calif.The split up of the
International Joint Conference on Neural Networks into the more biologically inclined
ICNN and the engineering-oriented IEEE, has resulted in a lot less focus on the
biological motivations behind neural network technology. "

Page 702

"..one vendor of neural network software that continues to remain a mystery is
Gray Matter tech.The company offers a product called Brain Chaos 2000, that is
base on two proprietary concept:"neuro-fuzzy fractal networks" and "brain-in-a-
black-box".to  provide a common framework between fractals, chaos theory, fuzzy
logic, abductive science,knowledge-based -systems,regression theory,genetic
algorithms and neural networks.

18*AI Expert (USA)
(ISSN 0888-3785)
(A publication of  Miller Freeman  Inc.)
NEURAL NETWORK  SPECIAL REPORT  '95

Pages 70-80   Neural Network Resource guide

9|10

Page 71
"Chaos Tech Inc .Brain Chaos Dollars W 3.0 is a general hybrid learning and processing engine software with built-in associative memory, interpolative and extrapolative network,and nonlinear optimizer system. .."
Page 73
"Gray Matter Tech Inc.Brain Chaos 3000 W for Windows is a DDE server software with built-in- functional optimizer, associative memory, and interpolative and extrapolative module.high speed learning and processing machine..Brain Chaos Turbulence W for windows. a DDE server software engine.for clustering and classification.Brain Chaos Fractals 101 W .high -speed data compression/decompression software engine with a minimal signal/noise ratio < 29 dB and a programmable high compression ratio.Brain Chaos Black Holes X1 W for Windows is a high-speed bidirectional associative memory software with programmable influence degree and .incremental, dynamic storage capacity..Brain Chaos Quantum Mechanics W for Windows is an interpolative and extrapolative software server supporting DDE and OLE protocols and fast learning by examples. .."

19*OEM MAGAZINE (USA)
(ISSN # 1071-8990)
(FROM THE EDITORS OF EE TIMES)
COMPUTER & COMMUNICATIONS
February 1995

Page 5
" Computing 2000. Einstein's physics finds an application in pattern-recognition software."

Page 59
"Computing 2000

Black-hole magic
A concept adapted from the pages of Einstein's physics is shedding some fresh light on problems in pattern recognition.

Albert Einstein 's pioneering work in theoretical physics is still rippling out in its implications, most recently by spinning out new pattern-recognition technologies that vie neural networks.
.black holes,objects of vast mass and gravitational force from which no light escapes.Engineering consultant Antoine Gomi[s],president and founder of a San Francisco startup Gray Matter Tech Inc.,has applied the concept of all-attracting black hole to pattern recognition."Gravitation can classify inputs by attracting them to a memory location", he says.The result of Gomi[s] 's effort is Black Holes, a module that .learns faster than neural-network recognizers.Gomi[s] ultimately .attempts nothing less than developing the unified-field theory that eluded Einstein.The secret [of his quantum gravity theory] lies in the curvature of the space/time continuum.[his] forthcoming book: Matter, Space, Time and Gray Matter: The New Testament in Science and Technology."

| Skill | Length Used | Last Used |
|---|---|---|
| Bioinformatics | 10+ | Current |
| Digital Signal/Image Pocessing and Pattern Recognition | 10+ | Current |
| Mathematics and Statistics | 10+ | 2004 |
| Real time operating systems/Embedded Systems | 10+ | Current |
| Database (MS ACCESS, Oracle 8i,...) | 6 | 2002 |
| Programming (Fortran,C,C++,VB,VB.Net,Java,...) | 10+ | 2000 |
| MicroSoft Office (MS certified) | 5 | Current |