AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**FILED**

MAY - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District of    COLUMBIA

ANTOINE GOMIS

**Plaintiff**

V.

U.S. DEPT OF JUSTICE, ET AL.

**Defendant**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:    07 0830

I,    Dr. ANTOINE GOMIS    declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?        ☒ Yes        ☐ No        (If "No," go to Part 2)

    If "Yes," state the place of your incarceration    KERN COUNTY JAIL (UNDER DHS CUSTODY)

    Are you employed at the institution?    NO    Do you receive any payment from the institution?    NO

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.    SEE ATTACHED

2.  Are you currently employed?        ☐ Yes        ☐ No    ☐ N/A

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.    (List both gross and net salary.)

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    a.  Business, profession or other self-employment        ☐ Yes        ☒ No
    b.  Rent payments, interest or dividends                ☐ Yes        ☒ No
    c.  Pensions, annuities or life insurance payments        ☐ Yes        ☒ No
    d.  Disability or workers compensation payments        ☐ Yes        ☒ No
    e.  Gifts or inheritances                        ☐ Yes        ☒ No
    f.  Any other sources                        ☐ Yes        ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?        ☐ Yes    *No INFO - INCOMMUNICADO SINCE MAY 24, 2005!*    ☐ No ☒ N/A

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☐ No  ☐ N/A   *No INFO - INCOMMUNICADO - DHS DETAINEE SINCE MAY 24, 2005!*

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  (If children are dependents, please refer to them by their initials)

    *DHS DETAINEE SINCE MAY 24, 2005!*
    *(1) A.M GOMIS  DAUGHTER (MINOR)*
    *(2) C.M GOMIS  DAUGHTER (MINOR)*    *USD 1717/MONTH + PENALTY FEE*
    *(3) A.L GOMIS  DAUGHTER (MINOR)*    *SEE ATTACHED CHILD SUPPORT*
                                          *AS OF MARCH 11, 2007, THE*
                                          *PAYMENT TO BE MADE*
                                          *SHOULD BE APPROXIMATELY*
    I declare under penalty of perjury that the above information is true and correct.    *USD 33,000*
                                          *SINCE OCTOBER 2006!*
                            *I PREFER A FEE AND COST*
                            *DEFERRED PAYMENT.*

    ____*MARCH 11, 2007*____              _____
              Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, the prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted.  Let the applicant proceed without prepayment of costs  or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____<br>United States Judge         Date | _____  _____<br>United States Judge         Date |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re:   ___ANTOINE GOMIS v. U.S. DEPT. OF JUSTICE, ETAL.___

Civil Action No. _____

    I, ___Dr. ANTOINE GOMIS # 170404.9___, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

    (a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

    (b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

    I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

    If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

    By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

n:\forms\Trust Account Form

07 0830

**FILED**

MAY - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

d.  Disability or workers compensation payments:  ___ Yes  ___ No

e.  Gifts or inheritances:  ___ Yes  ___ No

f.  Any other sources:  ___ Yes  ___ No

If the answer to any of the above is "yes," describe by that item each source of money.  Also state the amount received **and** what you expect you will continue to receive.  Please attach an additional sheet if necessary.

4.  Do you have cash (includes balance of checking or savings accounts)?  ___ Yes  ___ No

If "yes" state the total amount: _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ___ Yes  ___ No

If "yes" describe the property and state its value: _____

6.  Do you have any other assets?  ___ Yes  ___ No

If "yes," list the asset(s) and state the value of each asset listed:

7.  List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

___MARCH 2, 2007___                    _____
DATE                                   SIGNATURE OF APPLICANT

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ___30c___ on account to his/her credit at ___LERDO PRE TRIAL___ (name of institution).  I further certify that during the past six months, the applicant's average monthly balance was $ ___30c___.  I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ ___0___.

**(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).**

___02/05/07___                         ___A. Hayes, I.S.I.___
DATE                                   SIGNATURE OF AUTHORIZED OFFICER

```
                              KERN COUNTY SHERIFFS DEPT

                               Resident Account Summary
                           Monday, February 05, 2007  @08:10

        ===============================================================================
For BOOKING: 1704049    GOMIS, ANTOINE
--------------------------------------------------------------------------------------
  Date    Transaction Description          Amount    Balance    Owed    Held    Reference
--------------------------------------------------------------------------------------
04/27/2006 ADD CASH    OPENING FUNDS          0.30      0.30     0.00    0.00
04/27/2006 REACHOUT OP INITIAL DEPOSIT        0.00      0.00     0.00    0.00
```

QUIRIES: 1-866-244-5382

**Contra Costa County**
**Department of Child Support Services**
50 Douglas Dr Ste 100
Martinez, CA 94553-8500

**RETURN SERVICE REQUESTED**

| MONTH: January 2007 |
| AMOUNT ENCLOSED: $ |

*YOUR CURRENT SUPPORT PAYMENT IS DUE*
*ON A MONTHLY BASIS COMMENCING*
*THE 1ST DAY OF THE MONTH.*

*ID #:* ████88
CASE 1: ████103

ANTOINE GOMIS

STATE DISBURSEMENT UNIT
PO BOX 989067
WEST SACRAMENTO CA 95798-9067

*THE ARREARS/INTEREST BALANCE IS THE AMOUNT*
*REPORTED AS PAST DUE TO THE IRS AND FTB.*

DETACH HERE. RETURN THIS PAYMENT COUPON WITH YOUR PAYMENT. MAKE CHECKS PAYABLE TO "DEPARTMENT OF CHILD SUPPORT SERVICES"
KEEP STATEMENT PORTION: IF ALL COURT ORDERED PAYMENTS ARE BEING MADE BY YOUR EMPLOYER, THIS STATEMENT IS FOR YOUR RECORDS ONLY.

**CASE ACTIVITY STATEMENT**

ID #: ████88                                                                    January 2007

| | | PRIOR BALANCE | | NEW CURRENT | NEW INTEREST | NEW BALANCE |
|---|---|---|---|---|---|---|
| **DESCRIPTION OF ACCOUNT** | | **ARREARS OR INTEREST** | **PAYMENT APPLIED - LAST MONTH** | **+ SUPPORT** | **+ OWED** | **ARREARS & INTEREST** |
| FOR YOUR CHILDREN | ACCOUNT TYPE | 1 | 2 | 3 | 4 | 5 |
| A███ C███ A███ | DEC CURR C/S | 1717.00 | 0.00 | 0.00 | 0.00 | 1717.00 |
| | ARR CH SPT | 24038.00 | 0.00 | 1717.00 | 0.00 | 25755.00 |
| | INT CH SPT | 1502.38 | 0.00 | 0.00 | 214.62 | 1717.00 |
| | SUBTOTAL: | 27257.38 | 0.00 | 0.00 | 214.62 | 27472.00 |
| CASE TOTALS | JAN CURR C/S | 0.00 | 0.00 | 1717.00 | 0.00 | 1717.00 |
| | | 27257.38 | 0.00 | 1717.00 | 214.62 | 29189.00 |
| **ALL CASES -- TOTAL** | | 27257.38 | 0.00 | 1717.00 | 214.62 | 29189.00 |
| REPAYMENT AMOUNT DUE THIS MONTH => | | 27472.00 | +CURRENT SUPPORT DUE THIS MONTH => | 1717.00 | + TOTAL OWED THIS MONTH => | 29189.00 |

*New law says cases in arrears will be submitted to FTB for collection.*
ONLY MAIL PAYMENTS TO PO BOX 989067, WEST SACRAMENTO CA 95798-9067