# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 07-5181** | **September Term, 2007** |
| | 07cv00830 UNA |
| | Filed On: February 29, 2008 |

[1102010]
Antoine Gomis,
    Appellant

v.

Department of Justice, et al.,
    Appellees



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

## ORDER

By order filed December 5, 2007, directing appellant to file his memorandum of law and fact, by January 4, 2008. The order was sent to appellant by warden letter. To date, appellant has not complied with the Court's order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:

        Elizabeth V. Scott
        Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk